1

2                                                          *E-FILED: February 5, 2013*

3

4

5                                NOT FOR CITATION

6                     IN THE UNITED STATES DISTRICT COURT

7                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                                SAN JOSE DIVISION

9    SYNNEX CORPORATION,                         No. C11-06601 HRL

10                   Plaintiff,                   **ORDER TO SHOW CAUSE RE:**
                                                  **FAILURE TO PROSECUTE**
11        v.

     FLORIDA MICRO, LLC ET AL.,
12
                     Defendants.
13   _____/

14        Plaintiff Synnex Corporation ("Synnex") sued Florida Micro, LLC ("Florida Micro") in

15   December 2011, alleging that Florida Micro breached an agreement to purchase about $600,000

16   worth of electronic products from Synnex.  Florida Micro has failed to appear or respond to the

17   complaint.  Although it appears that Synnex seeks a default judgment against Florida Micro, Synnex

18   has not complied with this Court's order to follow the procedural requirements for obtaining such a

19   judgment.  In March 2012, Synnex filed a "Declaration of Jeffrey M. Galen In Support of Request

20   for Default Judgment."  (Dkt. 9).  At the Initial Case Management Conference in June, the Court

21   informed Plaintiff that Entry of Default is the essential first step in obtaining a default judgment for

22   failure to respond.  The Court ordered Plaintiff to file a request for Entry of Default.  About two
23
     weeks later, Plaintiff filed a "Declaration of Simon Leung in Support of Request For Default
24
     Judgment."  (Dkt. 16).  The second declaration does nothing to advance the case and Plaintiff has
25
26   yet to request Entry of Default from the Clerk of Court.

27

28

**United States District Court**
For the Northern District of California

United States District Court
For the Northern District of California

1    Accordingly, Plaintiff's lead counsel shall appear *in person* on **February 19, 2013 at 10:00**

2    **am** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause, if any,

3    why this case should not be dismissed for failure to prosecute.  If, however, Plaintiff has requested

4    Entry of Default or otherwise advanced the case, the Show Cause hearing will be automatically

5    vacated.  The motion styled "Declaration of Simon Leung in Support of Request For Default

6    Judgment" is terminated.

7

8    **IT IS SO ORDERED.**

9    Dated: February 5, 2013

10

11   

     _____
     HOWARD R. LLOYD
     UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**C11-06601 HRL Order will be electronically mailed to:**

Jeffrey Michael Galen Jeffrey.galen@jgdlegal.com

**C11-06601 HRL Order was NOT electronically mailed to:**

Glenn D. Davis
Galen & Davis LLP
16255 Ventura Boulevard
Suite 440
Encino, CA 91436

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

United States District Court
For the Northern District of California