*E-FILED: February 12, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNNEX CORPORATION,<br><br>             Plaintiff,<br>    v.<br><br>FLORIDA MICRO, LLC ET AL.,<br><br>             Defendants._____/ | No. C11-06601 HRL<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE** |

Plaintiff Synnex Corporation ("Synnex") having complied with this Court's orders to file a request for Entry of Default, the Order to Show Cause Re: Failure to Prosecute is discharged and the noticed hearing vacated. Synnex is reminded that, pursuant to General Order 45.VI.G, courtesy copies must be lodged with chambers no later than noon the business day following an electronic filing.

**IT IS SO ORDERED.**

Dated: February 12, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 **C11-06601 HRL Order will be electronically mailed to:**

2 Jeffrey Michael Galen Jeffrey.galen@jgdlegal.com

3 **C11-06601 HRL Order will NOT be electronically mailed to:**

4 Glenn D. Davis
Galen & Davis LLP
5 16255 Ventura Boulevard
Suite 440
6 Encino, CA 91436

7 **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**