*E-Filed: February 25, 2015*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNNEX CORPORATION,<br><br>           Plaintiff,<br>     v.<br><br>FLORIDA MICRO, LLC; DANIEL JACOBS; and DOES 1 to 10, Inclusive,<br><br>           Defendants.<br>_____/ | No. C11-06601 HRL<br><br>**ORDER VACATING STATUS CONFERENCE** |

A status conference is set for March 17, 2015. Default judgment has been entered against Defendant Florida Micro, LLC. Dkt. No. 39. Plaintiff has voluntarily dismissed with prejudice the action against Defendant Daniel Jacobs. Dkt. No. 42. Accordingly, the status conference is vacated. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: February 25, 2015

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C11-06601 HRL Notice will be electronically mailed to:**

Jeffrey Michael Galen     Jeffrey.galen@galendavislaw.com, glenn.davis@galendavislaw.com, sheri.young@galendavislaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**